IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

CLINTON EUGENE GILLEY, as
Administrator of the Estate of
CARL DAVID GILLEY, Nicole Leigh Lee,
As Administrator of the Estate of
CHRISTINE TARA WARDEN GILLEY, and
Clinton Eugene Gilley and Nicole Leigh
Lee as Co-Administrators of the Estates
of J.G. and G.G., minor children.

        Plaintiffs,

v.                                    CIVIL ACTION NO. 1:18-00536

C.H. ROBINSON WORLDWIDE, INC.,
J&TS TRANSPORT EXPRESS, INC., and
BERTRAM COPELAND

        Defendants.

### OPINION AND ORDER

Pending before the court is the plaintiffs' Stipulated Motion to Amend Complaint.  (ECF NO. 83).  Specifically, the plaintiffs seek to file the First Amended Complaint, which adds defendants M & K Truck Leasing, LLC and River Valley Capital Insurance, Inc.  See id.  The plaintiffs assert that all parties consent to the filing of the Amended Complaint.  Id.

For good cause shown, the plaintiffs' Stipulated Motion to Amend Complaint (ECF No. 83) is **GRANTED**.  The reasons for this Order will be set forth in a separate Memorandum Opinion filed on a date in the future.  The Clerk is directed to file the First Amended Complaint (ECF No. 83-1).

The Clerk is directed to send copies of this Order to all counsel of record.

**IT IS SO ORDERED** this 10th day of April, 2019.

ENTER:

_David A. Faber_

David A. Faber
Senior United States District Judge