# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### BECKLEY DIVISION

| | |
|---|---|
| Clinton Eugene Gilley, as Administrator of the Estate of CARL DAVID GILLEY, Nicole Leigh Lee, as the Administrator of the Estate of CHRISTINE TARA WARDEN GILLEY, and Clinton Eugene Gilley and Nicole Leigh Lee, As the Co-Administrators of the Estates of J.G. and G.G, minor children, | |
| Plaintiffs, | Case No. 1:18-cv-00536 |
| | JURY TRIAL DEMANDED |
| vs. | |
| CH ROBINSON WORLDWIDE, INC.; J&TS TRANSPORT EXPRESS, INC.; and BERTRAM COPELAND, | |
| Defendants. | |

## NOTICE OF FILING OF BANKRUPTCY

AND NOW, comes Defendant, J&TS TRANSPORT EXPRESS, INC., by and through its counsel, Steven H. Wyckoff, Esquire, and herewith files and serves the following Notice:

1. As indicated in the attached Notice, an Automatic Stay has been issued by virtue of the filing of Bankruptcy on August 14, 2019 on behalf of Defendant, J&TS Transport Express, Inc. in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division at Case Number 19-22930.

    Respectfully Submitted,

    WYCKOFF LAW OFFICES
By: /s/*Steven H. Wyckoff*_____
    Steven H. Wyckoff, Esquire
    WV Bar No. No.8920
    Law & Finance Building
    Suite 1408
    429 4th Avenue
    Pittsburgh, PA  15219
    (412) 281-3233
    E-mail:  WyckoffSteve@aol.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER: | ) IN PROCEEDINGS UNDER CHAPTER 7 |
| | ) |
| J & T's Transport Express, Inc. | ) CASE NO.: 19-22930 |
| | ) |
| | ) |
| Debtor. | ) |

## AUTOMATIC STAY

YOU ARE HEREBY ADVISED that the above captioned Debtor filed a Petition under Chapter 7 of the United States Bankruptcy Code on August 14, 2019, and that pursuant to the Bankruptcy Code (11 U.S.C. Sec. 362) the filing of a Petition automatically operates as a stay of the commencement or continuation of any action against the Debtor.

Dennis M. Sbertoli

_____
Attorney for Debtor

Dated: August 15, 2019

To:  Michael Leizerman:  michael@leizerman.com
     Dino s. Columbo:  dinoc@columbolaw.com
     Joseph C. Camerlingo:  jvc@truckcrashlaw.com
     Benjamin B. Ware:  bbw@goodwingoodwin.com
     Timothy A. Montgomery:  tmontgomery@pionlaw.com
     Daniel R. Schuda:  dschuda@anspachlaw.com
     Jordan K. Herrick:  jherrick@baileywyant.com

Re:  Gilley, *et al* v. C.H. Robinson Worldwide, Inc., *et al.*  18-cv-00536

Dennis M. Sbertoli
P.O. Box 1482
La Grange Park, Illinois  60526
(708) 579-9724
(708) 579-1934 Fax
dsbert4978@aol.com
Keenan\StayNotice

This may take a few minutes...Please be patient. A confirmation screen will appear.

## 341 Judge And Trustee

| Case | Case Title | Chapter | 341 Meeting | Judge Name | Trustee Name |
|---|---|---|---|---|---|
| 19-22930 | J & T's Transport Express, Inc. | 7 | Meeting of Creditors with 341(a) meeting to be held on 09/23/2019 at 12:00 PM at 219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, Illinois 60604. (Sbertoli, Dennis) | Thorne,Deborah L. | Radtke,Steven R |

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was filed electronically this 19th day of August, 2019 and that all parties are to be served through the CM/ECF electronic filing system of the United States District Court for the Southern District of West Virginia.

                                             WYCKOFF LAW OFFICES
BY:   /s/ *Steven H. Wyckoff*_____
           Steven H. Wyckoff, Esquire
           WV Bar No. No.8920
           Law & Finance Building
           Suite 1408
           429 4th Avenue
           Pittsburgh, PA 15219-1505
           Tel. No.: (412) 281-3233
           Fax. No.: (412) 281-3250
           E-mail:WyckoffSteve@aol.com