IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

Clinton Eugene Gilley, as Administrator
of the Estate of CARL DAVID GILLEY,
Nicole Leigh Le, as Administrator of the
Estate of CHRISTINE TARA WARDEN GILLEY,
and Clinton Eugene Gilley and Nicole
Leigh Le as Co-Administrators of the
Estates of J.G. and G.G., minor children,

    Plaintiffs,

v.                        CIVIL ACTION NO. 1:18-00536

C.H. ROBINSON WORLDWIDE, INC.,
J&TS TRANSPORT EXPRESS, INC.,
and BERTRAM COPELAND,

    Defendants.

## MEMORANDUM OPINION AND ORDER

Pending before the court is the motion of defendant C.H. Robinson to withdraw proposed jury instructions filed as ECF No. 315.[1]  (ECF No. 316.)  The court's local rules specify that jury instructions need not be filed unless so ordered.[2]  See LR Civ. P. 51.1.  Accordingly, Robinson's motion is **GRANTED,** and the Clerk of Court is directed to remove ECF No. 315 from the docket in this matter.

The Clerk is further directed to send a copy of this

---

[1] The motion refers to the proposed instructions as ECF No. 294, but the motion is correctly linked to ECF No. 315.

[2] The court acknowledges direct receipt of Robinson's proposed jury instructions by email, as requested.

Memorandum Opinion and Order to counsel of record.

**IT IS SO ORDERED** this 15th day of March, 2022.

ENTER:

David A. Faber
Senior United States District Judge